UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-23194-LEIBOWITZ

**SUMMER JONES**,
    *Plaintiff*,

v.

**KAEDEN GIBSON,**
    *Defendant.*
_____/

**ORDER**

    **THIS CAUSE** is before the Court on Plaintiff's Motion for Default Final Judgment, Memorandum of Law, Supporting Documents, and Affidavits in Support of Default Judgments of Injunctive Relief and Other Relief Against Defendant, Kaedean Gibson (together, "the Motion") [ECF No. 8]. The Court held a hearing on the Motion on January 8, 2026, at which counsel for Plaintiff appeared. [ECF No. 11]. Having considered the Motion and the entirety of the record, the Court enters the following order granting Plaintiff's Motion and imposing Default Judgment:

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

1. This Court has personal jurisdiction over the Defendant and may properly exercise subject-matter jurisdiction over this action.

2. Venue is proper in the Southern District of Florida.

3. Defendant was properly served with a copy of the Summons and Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. [ECF No. 4]. Thus, Defendant had proper notice of this action.

4. Defendant's responsive pleadings were due August 11, 2025. However, Defendant has not answered or otherwise responded to the complaint as required by the Federal Rules of Civil Procedure.

5. Clerk's Default was entered against Defendant on August 15, 2025. [ECF No. 6].

6. By virtue of its default, and the failures of Defendant to respond to the complaint, the Defendant is deemed to have admitted the allegations of the complaint, and liability is established against it. *Benny v. Pipes*, 799 F.2d 489, 495 (9th Cir. 1986). The Court finds that the well-pleaded allegations in the Complaint, deemed admitted for purposes of this Default Judgment, establish Defendant's liability for the acts alleged.

7. Defendant is not an infant or an incompetent person, and has no guardian, committee, conservator or other such person appearing on its behalf.

For the reasons set forth above and as stated on the record, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 8] is **GRANTED**. Default Judgment is entered against Defendant as follows:

1. Judgment is hereby entered in favor of plaintiff, Summer Jones, against defendant Kaeden Gibson, and Plaintiff shall recover from the Defendant Two Hundred Ten Thousand Dollars ($210,000.00), representing $150,000 from cancelled tours and $60,000 from three cancelled appearances, all of which shall accrue post-judgment interest at the statutory rate.

2. Rule 54(b) Certification: there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

**DONE AND ORDERED** in the Southern District of Florida on January 8, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record