**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-23194-LEIBOWITZ**

**SUMMER JONES,**

> *Plaintiff,*

v.

**KAEDEN GIBSON,**

> *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion to Vacate Clerk's Default (the "Motion") [ECF No. 12], filed on March 3, 2026.  In the Motion, Defendant argues that default judgment was improper due to defects in service of process.  Plaintiff failed to respond to the Motion within the time permitted under the Local Rules.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [**ECF No. 12**] is **GRANTED**.  The *Clerk* is **DIRECTED** to **VACATE** the Clerk's Entry of Default [ECF No. 7]. The Default Judgment [ECF No. 11] is hereby **VACATED**.

Defendant shall file an answer or response to the complaint in this action within twenty-one (21) days of the entry of this order.

**DONE AND ORDERED** in the Southern District of Florida on March 20, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record