UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23194-LEIBOWITZ

SUMMER JONES,

     *Plaintiff,*

v.

KAEDEN GIBSON,

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion To Modify Mediation Requirement To Permit Remote Or Alternative Participation (the "Motion") [ECF No. 24]. In the Motion, Defendant, proceeding *pro se*, seeks leave to appear remotely at the mediation in this matter. [*Id.*]. Defendant notes that she is the "primary caregiver of a minor child with special needs, which creates substantial logistical and caregiving challenges that make extended out-of-state travel difficult." [*Id.* ¶ 3]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant may appear remotely via video or telephonic means at the mediation in this matter.

     **DONE AND ORDERED** in the Southern District of Florida on May 19, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record