UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23194-LEIBOWITZ

SUMMER JONES,

     *Plaintiff,*

v.

KAEDEN GIBSON,

     *Defendant.*

_____/

ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Leave to Appear Remotely at Mediation (the "Motion") [ECF No. 29]. The Court previously granted Plaintiff leave to appear remotely at mediation. [ECF No. 25]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [ECF No. 29] is **GRANTED**. Plaintiff may appear remotely via video or telephonic means at the mediation in this matter.

**DONE AND ORDERED** in the Southern District of Florida on June 1, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record